UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re:<br><br>**RYAN COLE and SARAH COLE,**<br><br>    Debtors. | § § § § § § | Case No. 24-40647<br>Chapter 7 |
| **WAZU CAPITAL PARTNERS, INC.**<br>**MT MEDICAL PROPERTIES, LLC**<br><br>    Plaintiffs,<br><br>v.<br><br>**RYAN COLE,**<br><br>    Defendant. | § § § § § § § § § § § § | Adversary No. 24-04052 |

## PLAINTIFFS' NOTICE OF SERVICE OF EXPERT DISCLOSURES

**COME NOW,** WaZU Capital Partners, Inc. ("WaZU") and MT Medical Properties, LLC ("MT Medical" and, together with WaZU, the "Plaintiffs") and serves this Notice of Service of Expert Disclosures.

Plaintiffs' Expert Disclosures in accordance with the Court's Scheduling Order Arising From Initial Management Conference [Doc. #10] were served on March 3, 2025.

Dated: March 3, 2025

                                      Respectfully submitted,

                                      */s/ Ryan K. Lurich*

**Ryan K. Lurich**
State Bar No. 24013070
rlurich@fflawoffice.com
**Seymour Roberts, Jr.**
State Bar No. 17019150
sroberts@fflawoffice.com

**FRIEDMAN & FEIGER, L.L.P.**
Dominion Plaza West
17304 Preston Road, Suite 300
Dallas, Texas 75252
(972) 788-1400 (Telephone)
(972) 788-2667 (Telecopier)

**ATTORNEYS FOR WAZU CAPITAL PARTNERS, INC. and MT MEDICAL PROPERTIES, LLC**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served upon all counsel of record on this 3rd day of March 2025, in accordance with the Federal Rules of Civil Procedure.

Clayton L. Everett, Esq.
Norred Law, PLLC
515 E. Border Street
Arlington, Texas 76010
(817) 704-3984 (Telephone)

                                      */s/ Ryan K. Lurich*
                                      Ryan K. Lurich

#1117354