Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Suite 300B
660 North Central Expressway
Plano, TX 75074

Bankruptcy Proceeding No.: 24−04052
Chapter: 0
Judge: Joshua P. Searcy

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ryan Cole
6624 East View Drive
Sachse, TX 75048

Sarah Cole
6624 Eastview
Sachse, TX 75048

Social Security / Individual Taxpayer ID No.:

xxx−xx−3835

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Plaza Tower, 110 N. College Avenue, Ninth Floor, Tyler, TX 75702

on 4/15/25 at 09:30 AM

to consider and act upon the following:

Hearing Set (RE: related document(s)12 Motion to Compel Ryan Cole Respond to Discovery Filed by Plaintiff MT Medical Properties, LLC, Plaintiff Wazu Capital Partners, Inc.).. Hearing scheduled for 4/15/2025 at 09:30 AM at Plaza Tower Courtroom. (jd)

Dated: 3/4/25

Jason K. McDonald
Clerk, U.S. Bankruptcy Court