Form ntchrgbk

Entered: 8/28/25

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Texas**

Bankruptcy Case No.: 24−04052
Chapter: 0
Judge: Joshua P. Searcy

In Re:

Wazu Capital Partners, Inc. et al v. Cole

## NOTICE OF COURT PROCEEDING

PLEASE TAKE NOTICE that a hearing will be held at

https://us−courts.webex.com/meet/Searcy, Instructions at www.txeb.uscourts.gov

on Tuesday, September 23, 2025 at 09:30 AM

to consider and act upon the following:

Virtual Hearing Set (RE: related document(s)26 Amended Motion to Compel Filed by Clayton L Everett on behalf of Ryan Cole (RE: related document(s)25 Motion to Compel Wazu Capital to Complete Responses Under Rule 34 Filed by Debtor Ryan Cole, Defendant Ryan Cole).. Hearing scheduled for 9/23/2025 at 09:30 AM at Virtual Hearing JSwebex. (jd)

Dated: August 28, 2025

Jason K. McDonald
Clerk, U.S. Bankruptcy Court