# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 24-40647 |
| RYAN COLE and SARAH COLE, | § § | Chapter 7 |
| Debtors. | § § | |

| | | |
|---|---|---|
| WAZU CAPITAL PARTNERS, INC., | § | |
| MT MEDICAL PROPERTIES, LLC, | § § | |
| Plaintiffs, | § § | |
| v. | § § | Adversary No. 24-04052 |
| RYAN COLE, | § § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Sean J. McCaffity hereby appears in this matter as counsel for Wazu Capital Partners, Inc. and MT Medical Properties, LLC, creditors herein, and pursuant to Rules 2002, 3017, and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), requests that all notices given or required to be given in the case and all papers served or required to be served in this case be given to and served upon him at the following address:

Sean J. McCaffity
Sommerman, McCaffity, Quesada & Geisler, L.L.P.
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Telephone: (214) 720-0720
Facsimile: (214) 720-0814
smccaffity@textrial.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and includes, without limitation,

any plans of reorganization, objections, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telex.

*[Signature page to follow]*

Dated: September 22, 2025                                  Respectfully submitted,

                                                           SOMMERMAN, MCCAFFITY,
                                                           QUESADA & GEISLER, L.L.P.

                                                            */s/ Sean J. McCaffity*
                                                           Sean J. McCaffity
                                                           State Bar No. 24013122
                                                           3811 Turtle Creek Blvd., Suite 1400
                                                           Dallas, Texas 75219
                                                           (214) 720-0720 (Telephone)
                                                           (214) 720-0184 (Facsimile)
                                                           SMcCaffity@textrial.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2025, a true and correct copy of the foregoing document was served electronically by the Court's ECF system.

                                                            */s/ Sean J. McCaffity*
                                                           Sean J. McCaffity