Form 103Webex                                                                                                          Entered: 9/23/25

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 24–04052
Chapter: 0
Judge: Joshua P. Searcy

In Re:

Wazu Capital Partners, Inc. et al v. Cole

PLEASE TAKE NOTICE that a CONTINUED/RESCHEDULED hearing will be held at

Virtual Hearing Link: https://us–courts.webex.com/meet/Searcy, Instructions at www.txeb.uscourts.gov.

on November 4, 2025 at 09:30 AM

to consider and act upon the following:

26 – Amended Motion to Compel Filed by Clayton L Everett on behalf of Ryan Cole (RE: related document(s)25 Motion to Compel Wazu Capital to Complete Responses Under Rule 34 Filed by Clayton L Everett on behalf of Ryan Cole (Attachments: # 1 Proposed Order) (Everett, Clayton)Modified on 7/28/2025 (sr). (Attachment 1 replaced on 7/28/2025) (sr). filed by Debtor Ryan Cole, Defendant Ryan Cole). (Attachments: # 1 Proposed Order) (Everett, Clayton) (Attachment 1 replaced on 7/29/2025) (sr).

Virtual Hearing Continued (RE: related document(s)26 Amended Motion to Compel Filed by Clayton L Everett on behalf of Ryan Cole (RE: related document(s)25 Motion to Compel Wazu Capital to Complete Responses Under Rule 34 Filed by Debtor Ryan Cole, Defendant Ryan Cole).. Virtual Hearing scheduled for 11/4/2025 at 09:30 AM at Virtual Hearing JSwebex. (jd)

Signed on:

September 23, 2025

_[signature: Jason K. McDonald]_

Jason K. McDonald
CLERK OF THE COURT

YOU ARE ADVISED that, in any hearing before this Court, corporations and partnerships must be represented by attorneys duly admitted to practice before this Court.