**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-40647** |
| **RYAN COLE and SARAH COLE,** | § | **Chapter 7** |
| | § | |
| **Debtors.** | § | |

| | | |
|---|---|---|
| **WAZU CAPITAL PARTNERS, INC.,** | § | |
| **MT MEDICAL PROPERTIES, LLC,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Adversary No. 24-04052** |
| | § | |
| **RYAN COLE,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ON AGREED MOTION TO EXTEND PLAINTIFFS' DEADLINE**
**TO RESPOND TO DEFENDANT'S TRADITIONAL AND NO-EVIDENCE**
**MOTION FOR SUMMARY JUDGMENT**

Before the Court is an Agreed Motion to Extend Plaintiffs' Deadline to Respond to Defendant's Traditional and No-Evidence Motion for Summary Judgment (Dkt. 49). The Court, having considered the Agreed Motion and other documents on file in this case, **GRANTS** the Agreed Motion. Plaintiff's Response to Defendant's Traditional and No-Evidence Motion for Summary Judgment shall be filed on or before April 20, 2026.

IT IS SO ORDERED.

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE